No. 76–5590.   BROWN v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 76–5591.   LIGANOZA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 76–5594.   GATT v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 76–5596.   HIGHFIELD ET AL. v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 76–5600.   EVANS ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–5607.   ROBINSON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 76–5612.   KUROWSKI v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 76–5614.   CAMPBELL v. ATTORNEY GENERAL OF THE UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 76–5615.   CLARK v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 76–5616.   JONES ET AL. v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 76–5622.   FLORES-AMAYA v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 76–5635.   HANNAH v. MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 76–5637.   MILLER v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 76–5638.   CARRINGTON v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.